No. 04–9358. DANIELS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–9361. ABDULLAH-MALIK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9367. ISLAM v. BRAXTON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–9372. CAIN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–9374. CUEVAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–9376. WINGATE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9377. WADDELL, AKA SALAAM v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–9387. HUTCHERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9389. WONGUS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–9393. DIAZ-REYES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9395. LONDONO-TABAREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–9397. BIDWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9398. BROOKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9402. GOMEZ-BALLESTEROS, AKA CHAVEZ v. UNITED STATES; VICTORIANO GONZALEZ v. UNITED STATES; ROANO-BUSTIAN, AKA ROANO-BASTIAN v. UNITED STATES; and SALAZAR-MONTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.